IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-RJ-00032-MJW

STUDENT LOAN MARKETING ASSOCIATION,

      Plaintiff,

v.

TAMMY R. SKINNER,
a/k/a TAMEA RAE SKINNER,
a/k/a TAMEA RAE SISCO,

      Defendant,

and

AMINOKIT LABORATORIES, INC.,

      Garnishee.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

      It is hereby ORDERED that the United States of America's as assignee Motion to Compel Answers to Plaintiff's Set of Interrogatories and Requests for Production of Documents (docket no. 13) is GRANTED for the following reasons.

      The Federal Debt Collection Procedures Act permits the United States to serve post-judgment discovery requests upon Defendant to determine her financial condition. See 28 U.S.C. § 3015(a).  The United States is the judgment creditor and Defendant is the judgment debtor in this action. Defendant argues, in her Response (docket no. 19), that the court [i.e., meaning this court] might not allow the action to proceed against her and that the judgment against her is inequitable. As to both arguments, this court finds such arguments without merit and this court further finds that Defendant has not provided this court with any legal authority supporting such arguments.  Moreover, this court has set a hearing concerning the Post-Judgment Writ of Garnishment on April 16, 2014, at 1:30 p.m. before Magistrate Judge Watanabe.  See docket no. 18.

      It is FURTHER ORDERED that Defendant shall fully answer the written interrogatories and fully respond to the requests for production of documents that were

2

served upon her by the United States on or before March 31, 2014.

    It is FURTHER ORDERED that each party pay their own attorney fees and costs for the subject motion (docket no. 13).

Date: March 17, 2014
_____