Case 1:04-rj-00032-NONE-MJW   Document 24   Filed 03/28/14   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-rj-00032-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAMMY R. SKINNER,
a/k/a TAMEA RAE SKINNER,
a/k/a TAMEA RAE SISCO,

    Defendant,

and

AMINOKIT LABORATORIES,

    Garnishee.

## ORDER DISMISSING WRIT OF CONTINUING GARNISHMENT

This matter, coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court herby ORDERS that the Writ of Continuing Garnishment issued on February 20, 2014 (Doc No. [11] in this case is DISMISSED. Any money withheld from the defendant's paychecks should be returned to the defendant.

ORDERED and entered this 28th day of March, 2014.

BY THE COURT:

_[signature]_
UNITED STATES MAGISTRATE JUDGE